**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MIGUEL ALBERTO ANAYA GALLEGOS,

     Petitioner,

v.                                                                                    No. 1:26-cv-00595-MLG-SCY

MARKWAYNE MULLIN, in his official capacity
as Secretary of the U.S. Department of Homeland
Security, et al.,

     Respondents.

**ORDER GRANTING PETITIONER'S MOTION FOR
VOLUNATRY DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice ("Motion to Dismiss"), Doc. 18, filed June 18, 2026. Petitioner Miguel Alberto Anaya Gallegos, a Mexican citizen detained at the Torrence County Detention Center in New Mexico, filed a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief ("Petition"). Doc. 1 at 1 ¶ 1. On March 31, 2026, the Court issued an order granting the Petition and directing Respondents to conduct a bond hearing pursuant to 8 U.S.C. § 1226(a). Doc. 9. Anaya Gallegos received a bond hearing pursuant to § 1226 on April 2, 2026. During the bond hearing, the immigration judge ("IJ") denied bond. Doc. 10 at 1-2; Doc. 10-1 at 1. On May 5, 2026, the IJ granted Anaya Gallegos post-conclusion voluntary departure under 8 U.S.C. § 1229(c)(b). Doc. 18 at 1. Anaya Gallegos requests dismissal of the Petition so that he may be released from detention and his voluntary departure may take place. *Id.* at 1-2.

The Court, having read the Motion to Dismiss and being otherwise sufficiently advised, finds the motion is well taken and is hereby granted. Anaya Gallegos' Petition (Doc. 1) is hereby

2

dismissed without prejudice. Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA